### HALSEY, In re
### STATE ex HALSEY v LLOYD et (JUDGES)

Ohio Supreme Court

Nos 23215 & 23216. Decided Oct 28, 1931

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

### ANDREWS v STATE ex BLAIR, Supt.

Ohio Supreme Court

No. 22955. Decided Nov 4, 1931

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

### STATE ex FINLEY v BOARD OF EDUCATION OF GUERNSEY COUNTY

Ohio Supreme Court

No. 22921. Decided Oct. 28, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**